

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00084-CV

_____

IN THE INTEREST OF K.E.L., A MINOR CHILD, Appellant

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 13S0118-005

Before Stevens, C.J., van Cleef and Rambin, JJ.

ORDER

Court reporter Leslie P. Bates recorded the trial court proceedings in appellate cause number 06-22-00084-CV, styled *In the Interest of K.E.L., a Minor Child*, trial court cause number 13S0118-005, in the 5th Judicial District Court of Bowie County, Texas. The reporter's record was originally due in this matter on December 15, 2022. That deadline was extended once by this Court, on Bates's motion, resulting in the most recent due date of January 17, 2023. Bates has now filed a second motion seeking an extension of the briefing deadline.

In both her first and second motions, Bates questions whether she should be required to produce the record in this matter at no cost to the appellant. We note that the appellant filed a Statement of Inability to Afford Payment of Costs as required by Rule 145 of the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 145(b). There is nothing in the record before this Court to suggest that either Bates or the district clerk moved to require the appellant to pay costs, *see* TEX. R. CIV. P. 145(e)(1), or that the trial court, on its own, required further evidence from the appellant to establish her indigence, *see* TEX. R. CIV. P. 145(e)(2). Thus, based on the record before this Court, the appellant is entitled to a free record on appeal. *See* TEX. R. CIV P. 145; TEX. R. APP. P. 20.1.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The rule further instructs that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the

rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

We, therefore, abate this matter to the trial court to assist us in ensuring that the record in this matter is filed in a reasonable amount of time and at no cost to the appellant. We instruct the trial court to hold a hearing to establish exactly who will be preparing the reporter's record in this matter and to ascertain precisely when that record will be completed and filed in this Court. We understand that Bates has retired from her court reporting duties, and we do not mandate that she, personally, prepare this record. We do, however, instruct the trial court to take whatever actions are necessary to ensure that the record is prepared by some qualified transcriptionist within a reasonable time.

The hearing contemplated by this order is to be conducted within ten days of the date of this order. The reporter's record of the hearing shall be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. All appellate timetables are stayed and will resume on our receipt of the supplemental reporter's record.

IT IS SO ORDERED.


BY THE COURT


Date:   January 24, 2023

3